1664-14

# ELECTRONIC RECORD

COA # 01-13-00259-CR          OFFENSE: DWI

STYLE: Alyssa Pullen v. The State of Texas    COUNTY: Harris

COA DISPOSITION:    AFFIRM          TRIAL COURT: Co Crim Ct at Law No 4

DATE: 08/26/2014          Publish: NO    TC CASE #:    1817849

# IN THE COURT OF CRIMINAL APPEALS

STYLE:    Alyssa Pullen v. The State of Texas          CCA #:    1664-14

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE:          _____

_____REFUSED_____          JUDGE:          _____

DATE: _____03/18/2015_____          SIGNED: _____          PC: _____

JUDGE: _____Per Curiam_____          PUBLISH: _____          DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**